CAMDEN COUNTY BOARD OF CHOSEN FREEHOLDERS v.
CAMDEN COUNTY CLERK, MICHAEL S. KEATING.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO MALLOZZI.

October 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DUVAL CLEMMONS.

October 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WINSTON THOMAS.

October 12, 1983.

Petition for certification denied.